# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the - 23rd day of October, two thousand and fourteen.

Before:    Ralph K. Winter,
                *Circuit Judge.*

_____
In Re: Aluminum Warehousing Antitrust Litigation
*******************************************
David J. Kohlenberg, *et al.*,

    Plaintiffs-Appellants,                      **ORDER**

    v.                                  Docket Nos. 14-3574(L), 14-3581(Con)

Goldman Sachs Group, *et al.*,

    Defendants-Appellees.
_____

    Appellee The London Metal Exchange has filed a motion to hold this appeal in abeyance pending the Supreme Court's ruling in *In re LIBOR-Based Fin. Instruments Antitrust Litig.*, 2013 WL 9557843 (2d Cir. Oct. 30, 2013), cert. granted sub. nom *Gelboim v. Bank of Am. Corp.*, No. 13-1174.

    IT IS HEREBY ORDERED that the motion is GRANTED.  Pending the Supreme Court's ruling in the *Libor* appeal, Appellee The London Metal Exchange must submit status update letters to this Court in 30-day intervals.  The first status update letter is due January 9, 2015.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

