UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 14-3574(L) / 14-3581

**Caption [use short title]**: In re: Aluminum Warehousing Antitrust Litigation

**Motion for**: Joinder of Motion to Hold Appeals of Commercial End User and Consumer End User Plaintiffs in Abeyance Pending Supreme Court's Ruling on the Libor Appeal

Set forth below precise, complete statement of relief sought:

Appellants and appellees all consent to this request for the Court to hold these appeals in abeyance until the Supreme Court decides the procedural issue presented by this Court's decision in In re Libor-Based Fin. Instr. Antitrust Litig. 2013 WL 9557843 (2d Cir. Oct. 30, 2013), cert granted sub. nom Gelboim v. Bank of Am. Corp. because the Supreme Court's decision is likely to determine whether this Court can hear these appeals at this time.

**MOVING PARTY**: See Addendum A
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**OPPOSING PARTY**: See Addendum B

**MOVING ATTORNEY**: Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street, New York, New York 10004
212-558-4000  pepperrc@sullcrom.com

**OPPOSING ATTORNEY**: See Addendum C

**Court-Judge/Agency appealed from**: Hon. Katherine B. Forrest, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☑ No
Has this relief been previously sought in this Court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency:
n/a this joinder of motion is not seeking emergency relief.

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Richard C. Pepperman II   **Date**: October 23, 2014   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

# ADDENDUM A
# MOVING PARTIES

**Defendant-Appellees**

The Goldman Sachs Group, Inc.

GS Power Holdings LLC

MCPEF Metro I, Inc.

MITSI Holdings LLC

Metro International Trade Services LLC

**ADDENDUM B**
**OPPOSING PARTIES**

**Plaintiffs-Appellants**

Daniel Javorsky

David J. Kohlenberg

Brick Pizzeria LLC

Big River Outfitters, LLC

D-Tek Manufacturing

F&F Custom Boats, LLC

Master Screens, Inc.

Seating Constructors USA, Inc.

Team Ward, Inc.

Quicksilver Welding Services, Inc.

Lexington Homes, Inc.

Welk-Ko Fabricators, Inc.

## ADDENDUM C
## COUNSEL FOR OPPOSING PARTIES

**Counsel for Plaintiffs-Appellants Daniel Javorsky, David Kohlenberg, and Brick Pizzeria LLC (collectively "Consumer End Users Plaintiffs-Appellants")**

Douglas G. Thompson
Rosalee B. C. Thomas
Michael G. McLellan
Eugene J. Benick
**FINKELSTEIN THOMPSON LLP**
1077 30th Street, NW, Suite 150
Washington, D.C. 20007
Telephone:  (202) 337-8000
dthompson@finkelsteinthompsto.com
rbcthomas@finkelsteinthompsto.com
mmclellan@finkelsteinthompsto.com
ebenick@finkelsteinthompsto.com

Brian R. Strange
Keith L. Butler
John T. Ceglia
**STRANGE & CARPENTER**
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA  90025
Telephone:  (310) 207-5055
lacounsel@earthlink.net
kbutleer@strangeandcarpenter.com
jceglia@strangeandcarpenter.com

**Counsel for Plaintiffs-Appellants Big River Outfitters, LLC, D-Tek Manufacturing, F&F Custom Boats, LLC, Master Screens, Inc., Seating Constructors USA, Inc., Team Ward, Inc., Quicksilver Welding Services, Inc., Lexington Homes, Inc., and Welk-Ko Fabricators, Inc. (collectively <u>"Commercial End Users Plaintiffs-Appellants"</u>)**

Joseph H. Meltzer
Terence S. Ziegler
Kimberly A. Justice
Scott M. Lempert
John Q. Kerrigan
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
kjustice@ktmc.com
slempert@ktmc.com
qkerrigan@ktmc.com

John A. Kehoe
**GIRARD GIBBS LLP**
711 Third Avenue, 20th Floor
New York, NY  10017
Telephone:  (212) 867-1721
jak@girardgibbs.com

Daniel C. Girard
Amanda M. Steiner
Adam E. Polk
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
dcg@girardgibbs.com
as@girardgibbs.com
aep@girardgibbs.com

Jonathan W. Cuneo
Joel Davidow
Yifei "Evelyn" Li
**CUNEO GILBERT & LaDUCA, LLP**
507 C Street, N.E.
Washington, D.C. 20002
Telephone:  (202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
evelyn.li@cuneolaw.com

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

```
-----------------------------------------------------x
                                        :    No. 14-3574(L)
                                        :    No. 14-3581
                                        :
IN RE ALUMINUM WAREHOUSING             :    On Appeal from the United States
ANTITRUST LITIGATION                    :    District Court for the Southern
                                        :    District of New York
                                        :
                                        :
                                        :
                                        :
-----------------------------------------------------x
```

**JOINDER OF DEFENDANTS-APPELLEES
THE GOLDMAN SACHS GROUP, INC., GS POWER HOLDINGS LLC, MCPEF
METRO I, INC., MITSI HOLDINGS LLC, AND METRO INTERNATIONAL
TRADE SERVICES LLC TO CONSENT MOTION TO HOLD THE APPEALS
OF THE COMMERCIAL END USER AND CONSUMER END USER PLAINTIFFS IN
ABEYANCE PENDING THE SUPREME COURT'S RULING ON THE *LIBOR* APPEAL**

October 23, 2014

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, undersigned counsel states that:

The Goldman Sachs Group, Inc. ("GS Group") is a corporation organized under the laws of Delaware, and its shares are publicly traded on the New York Stock Exchange. GS Group has no parent corporation, and to the best of GS Group's knowledge, no publicly held company owns 10% or more of the common stock of GS Group. GS Power Holdings LLC ("GS Power") is a wholly owned subsidiary of GS Group. Metro International Trade Services LLC ("Metro") is a wholly owned subsidiary of Mitsi Holdings LLC. GS Power owns 100% of Mitsi Holdings LLC, in part directly and in part through its ownership of MCEPF Metro I, Inc., a wholly owned subsidiary of GS Power.

Defendants-Appellees The Goldman Sachs Group, Inc., GS Power Holdings LLC, MCEPF Metro I, Inc., Mitsi Holdings LLC and Metro International Trade Services LLC ("GS Defendants") join in the consent motion of Defendant-Appellee The London Metal Exchange ("LME") for the reasons stated in its October 17, 2014 memorandum of law in support of its motion.  As stated therein, the Supreme Court's forthcoming decision in *Gelboim* v. *Bank of America Corp.*, No. 1301174, is likely to resolve the question of whether this Court has appellate jurisdiction to hear the instant appeals.  GS Defendants respectfully join the request to hold these appeals in abeyance until the Supreme Court rules.

Dated:  New York, New York
           October 23, 2014

                                            Respectfully submitted,

                                            /s/  Richard C. Pepperman, II
                                            Richard C. Pepperman II
                                            (*peppermanr@sullcrom.com*)
                                            Suhana S. Han (*hans@sullcrom.com*)
                                            M. David Possick
                                            (*possickmd@sullcrom.com*)
                                            Yavar Bathaee (*bathaeey@sullcrom.com*)
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York 10004

                                            *Attorneys for Defendants-Appellees The Goldman Sachs Group, Inc., GS Power Holdings LLC, MCEPF Metro I, Inc., Mitsi Holdings LLC and Metro International Trade Services LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23 day of October 2014, a true and correct copy of the foregoing Joinder of Defendants-Appellees The Goldman Sachs Group, Inc., GS Power Holdings LLC, MCEPF Metro I, Inc., Mitsi Holdings LLC and Metro International Trade Services LLC to Consent Motion to Hold the Appeals of the Commercial End User and Consumer End User Plaintiffs in Abeyance Pending the Supreme Court's Ruling on the *LIBOR* Appeal was served on counsel of record in this appeal via CM/ECF pursuant to Local Rule 25.1(h)(1) & (2).

/s/  Yavar Bathaee