# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand and fourteen.

_____
In Re: Aluminum Warehousing Antitrust Litigation
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

David J. Kohlenberg, *et al.*,

    Plaintiffs-Appellants,                            **ORDER**

    v.                                         Docket Nos. 14-3574(L), 14-3581(Con)

Goldman Sachs Group, *et al.*,

    Defendants-Appellees.
_____


    Defendants-Appellees The Goldman Sachs Group, Inc., GS Power Holdings LLC, MCEPF Metro I, Inc., Mitsi Holdings LLC and Metro International Trade Services LLC have filed a motion for joinder of the motion to hold the appeal in abeyance filed by Defendant-Appellee The London Metal Exchange.

    IT IS HEREBY ORDERED that the motion for joinder is GRANTED.


                                                              For the Court:

                                                              Catherine O'Hagan Wolfe,
                                                              Clerk of Court

