# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand and fifteen.

_____

In Re: Aluminum Warehousing Antitrust Litigation
************************************************

David J. Kohlenberg, *et al.*,

      Plaintiffs-Appellants,                **ORDER**

      v.                          Docket Nos. 14-3574(L), 14-3581(Con)

Goldman Sachs Group, *et al.*,

      Defendants-Appellees.

_____

Plaintiffs-Appellants D-Tek Manufacturing, Team Ward, Inc., Master Screens, Inc., Welk-Ko Fabricators, Inc., Lexington Homes, Inc., Quicksilver Welding Services, Inc., Seating Constructors USA, Inc., F&F Custom Boats, LLC, Daniel Javorsky, David Kohlenberg, and Brick Pizzeria LLC, move to voluntarily dismiss with prejudice the appeal, pursuant to FRAP 42(b), as to Defendants-Appellees The London Metal Exchange, Hong Kong Exchanges and Clearing Limited, and LME Holdings Limited. They also move to voluntarily dismiss "any claims against [Defendant-Appellee Hong Kong Exchanges and Clearing Limited] that they may be construed to have."

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal shall proceed with respect to the remaining defendants-appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 07/28/2015